JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| NABIL ELGAWHRY,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>TRANSWORLD SHIPPING DBA RED SEA SHIPPING, and DOES 1 through 25, inclusive,<br><br>　　　Defendants.<br><hr>RED SEA SHIPPING,<br><br>　　　Counterclaimant,<br><br>　vs.<br><br>NABIL ELGAWHRY,<br><br>　　　Counter-Defendant | Case No: **SVC08-00286-JVS (RNBx)**<br><br>District Judge:　James V. Selna<br>Magistrate Judge:　Robert N. Block<br><br>**JUDGMENT** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that after full consideration of the evidence, the separate statement of uncontroverted facts, notice of motion and memorandum of points and authorities, the pleadings submitted by each party, and oral argument at the hearing on the motion, the Court grants defendant Red Sea Shipping's motion for summary judgment.

///

- 1 -
**[PROPOSED] JUDGMENT**

1   IT IS THEREFORE ORDERED, that defendant RED SEA SHIPPING's
2   motion for summary judgment against plaintiff NABIL ELGAWHRY's
3   Complaint, is granted.
4
5   IT IS FURTHER ORDERED that judgment shall be granted against plaintiff
6   NABIL ELGAWHRY and in favor of defendant RED SEA SHIPPING.
7
8   IT IS FURTHER ORDERED that RED SEA SHIPPING shall have its costs
9   in the amount of $ _____.
10
11
12  DATED: August 20, 2009                        *[signature]*
                                        _____
13                                      JUDGE U.S. DISTRICT COURT

O:\ECF Ready\Elgawhry v. Transworld Shipping - proposed judgment.wpd

- 2 -
**[PROPOSED] JUDGMENT**

# **PROOF OF SERVICE**

State of California  )
                     )  ss
County of Los Angeles )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is One World Trade Center, Suite 1280, Long Beach, California 90831-1280.

On this 18th day of August, 2009, I caused service of the foregoing document described as **[PROPOSED] JUDGMENT**, on the interested party(ies) in the action as follows:

**NABIL ELGAWHRY**                                         **IN PRO PER**
**25122 Lost Arrow**
**San Antonio, TX   78258**
**(210) 497-2231**
**e-mail:   nelgawhry@yahoo.com**

**NABIL ELGAWHRY**                                         **IN PRO PER**
**c/o Mariam Elgawhry**
**1236 Benicia Street, Apt 3**
**San Diego, CA   92110-2449**
**e-mail:   elgawhrymariam@hotmail.com**

[_]   (BY PERSONAL DELIVERY) I caused personal delivery of the documents to the parties indicated on the attached service list at the addresses exhibited therewith. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

[**X**]   (**BY U.S. MAIL**) By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Long Beach, California, in a sealed envelope with postage fully prepaid.

[_]   (BY FACSIMILE TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. The telephone number of the sending facsimile machine was (562) 436-1897. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on this 18th day of August, 2009, at Long Beach, California.

_____